IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RICKY SENESACKDA                                        PLAINTIFF

V.                         CASE NO. 5:15-CV-5004

NURSE PEGGY CHANEY, Benton County
Detention Center (BCDC); LIEUTENANT DARNER,
BCDC; SERGEANT DEWEY, BCDC;
LIEUTENANT MARTINEZ, BCDC;
LIEUTENANT HEATH, BCDC; and
SHERIFF KELLY CRADDUCK                          DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 37) filed in this case on June 2, 2016, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation: (1) Plaintiff's request to dismiss all official capacity claims is granted; (2) Plaintiff's request to dismiss all claims against Lieutenant Heath is granted; and (3) with respect to all remaining Defendants, the Motions for Summary Judgment (Docs. 28 & 31) are **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED on this 26th day of July, 2016.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE